**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-2205**

———————————

In Re:  STEVEN R. JOHNSON, et ux.,

         Debtors.

--------------------------------

FIRST MARINER BANK,

         Movant – Appellant,

    v.

STEVEN R.  JOHNSON, a/k/a Steven Roderick Johnson; THERESA
ANTOINETT JOHNSON, a/k/a Theresa Washington Johnson, a/k/a
Theresa A. Washington,

         Debtors – Appellees,

    and

NANCY SPENCER GRIGSBY,

         Trustee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:09-
cv-00053-RWT; 08-18682)

———————————

Submitted:  November 18, 2010        Decided:  January 6, 2011

———————————

Before KING, DUNCAN, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

John Russell Griffin, C. Edward Hartman, III, HARTMAN & EGELI, LLP, Annapolis, Maryland, for Appellant. Steven R. Johnson, Theresa Antoinett Johnson, Appellees Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

First Mariner Bank appeals the district court's order affirming the bankruptcy court's order granting the Debtors' Motion to Avoid Lien. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. First Mariner Bank v. Johnson, Nos. 8:09-cv-00053-RWT; 08-18682 (D. Md. Dec. 24, 2008 & Sept. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED